IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| MICHAEL BROWN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MS JOE DOW WARDEN AT S.W.S.P., et al.,<br><br>　　　　　　Defendants. | Civil No. 08-4330 (RMB/AMD) |

**AMENDED SCHEDULING ORDER
AND ORDER ON INFORMAL APPLICATION**

　　　This Matter having come before the Court by way of letter request dated December 17, 2010 from Laura Eytan, Deputy Attorney General, for an Order extending the time for completion of discovery; and for good cause shown:

　　　IT IS this **3rd** day of **January 2011**, hereby **ORDERED**:

　　　1. Pretrial factual discovery is hereby extended to **January 31, 2011**. All pretrial discovery shall be concluded by that date. All discovery motions and applications pursuant to L. Civ. R. 37.1(a)(1) shall be made returnable before the expiration of pretrial factual discovery.

　　　2. All other provisions of the Scheduling Order dated October 6, 2010 shall remain in effect.

　　　　　　　　　　　　　　　　s/ Ann Marie Donio
　　　　　　　　　　　　　　　　ANN MARIE DONIO
　　　　　　　　　　　　　　　　United States Magistrate Judge

cc:   Hon. Renée Marie Bumb